IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER GUTHRIE Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                         No. 4:24-cv-2585

**VOODOO ENERGY SERVICES, LLC;**
**and KYLE GREEMON**                    **DEFENDANTS**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a salaried Pump Supervisor for VooDoo Energy Services, LLC, and Kyle Greemon within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**CHRISTOPHER GUTHRIE**
July 10, 2024

**Sean Short, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**sean@sanfordlawfirm.com**