IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER GUTHRIE and SHANE NORRIS,**     **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.           No. 4:24-cv-2585

**VOODOO ENERGY SERVICES, LLC;**
**and KYLE GREEMON**     **DEFENDANTS**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a salaried Pump Supervisor for VooDoo Energy Services, LLC, and Kyle Greemon within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Shane North*
_____
**SHANE NORTH**
July 10, 2024

Sean Short, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com