IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER GUTHRIE and SHANE**     **PLAINTIFFS**
**NORTH, Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.     No. 4:24-cv-2585

**VOODOO ENERGY SERVICES, LLC;**
**and KYLE GREEMON**     **DEFENDANTS**

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Christopher Guthrie and Shane North, individually and on behalf of all others similarly situated, by and through their attorney Sean Short of Sanford Law Firm, PLLC, for their Certificate of Interested Parties, states and alleges as follows:

The following persons are financially interested in the outcome of this litigation:

1. Sanford Law Firm, PLLC, Counsel for Plaintiff

    a. Attorney: Sean Short

2. Christopher Guthrie and Shane North, Plaintiffs

3. All others similarly situated to Plaintiffs

Respectfully submitted,

**CHRISTOPHER GUTHRIE and
SHANE NORTH, Each Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

 */s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com