AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

CHRISTOPHER GUTHRIE and SHANE NORTH, Individually and on Behalf of All Others Similarly Situated

*Plaintiff(s)*

v.

VOODOO ENERGY SERVICES, LLC, and KYLE GREEMON

*Defendant(s)*

Civil Action No. 4:24-cv-2585

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KYLE GREEMON
25206 Quiet Ledge
Porter, Texas 77365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com; 501-221-0088

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 11, 2024

*s/ R. Becknal*
*Signature of Clerk or Deputy Clerk*

Civil Action No.    4:24-cv-02585

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Kyle Greemon**
was recieved by me on  **7/26/2024:**

- [X] I personally served the summons on the individual at **127 CROSSCREEK DR, BOSSIER CITY, LA 71111-2348 (BOSSIER PARISH), Bossier City, LA 71111** on **07/27/2024 at 7:49 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:  07/28/2024

*Server's signature*

**Deon Hall**
*Printed name and title*

**Box 153
Blanchard, LA 71009**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kyle Greemon with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white male contact 35-45 years of age, 6'0"-6'2" tall and weighing over 300 lbs with a beard.**




Tracking #: **0138940362**