In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| **Christopher Guthrie** and **Shane North**, individually and for others similarly situated<br>　　　　Plaintiffs<br><br>v.<br><br>**VooDoo Energy Services, LLC** and **Kyle Greemon**<br>　　　　Defendants | **Cause No. 4:24-cv-2585**<br><br><br>**Judge Lee H. Rosenthal** |

**Defendants' Certificate of Interested Persons**

Defendants VooDoo Energy Services, LLC and Kyle Greemon, by and through their attorney Cary A Hilburn of Hilburn & Hilburn-APLC, for their Certificate of Interested Parties, state and allege as follows:

The following persons are financially interested in the outcome of this litigation:

1. VooDoo Energy Services, LLC, Defendant.

2. Kyle Greemon, Defendant and member-manager of VooDoo Energy Services, LLC.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ Cary A Hilburn
　　　　　　　　　　　　Cary A. Hilburn (LA 26656 / TX 00790881 / CO 58600)
　　　　　　　　　　　　HILBURN & HILBURN, APLC
　　　　　　　　　　　　220 Carroll Street, Building B
　　　　　　　　　　　　Shreveport, Louisiana 71105
　　　　　　　　　　　　Telephone:　(318) 868-8810

|        |                          |
|--------|--------------------------|
| Fax:   | (877) 462-6796           |
| E-mail:| cah@hilburnlaw.com       |
| Email: | dshepherd@hilburnlaw.com |

*Attorneys for Defendants, VooDoo Energy Services, LLC and Kyle Greemom*

### Certificate of Service

I hereby certify that on October 11, 2024, I electronically filed the foregoing document with the United States Court for the Southern District of Texas, Houston Division, by using the CM/ECF system. I certify that the following counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Sean Short**
sean@sanfordlawfirm.com

**Josh Sanford**
josh@sanfordlawfirm.com

                                           */s/ Cary A. Hilburn*
                                             Cary A. Hilburn