# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Christopher Guthrie, et al.

v.  Case Number: 4:24–cv–02585

VooDoo Energy Services, LLC, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/29/2024

**TIME:** 02:10 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 24, 2024

Nathan Ochsner, Clerk