United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER GUTHRIE, *et al.*, § § Plaintiffs, § § v.  § § VOODOO ENERGY SERVICES, LLC, *et al.*, § § § Defendants. § | CIVIL ACTION NO. H-24-2585 |

**SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. January 24, 2025 — **MOTION TO CERTIFY**

2. February 21, 2025 — **DEFENDANTS TO RESPOND TO MOTION TO CERTIFY AND TO MOVE FOR SUMMARY JUDGMENT ON THE CLASSIFICATION OF ITS PUMP SUPERVISORS**

3. March 3, 2025 — **HEARING ON PLAINTIFFS' MOTION TO CERTIFY AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

SIGNED on October 30, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge