# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Christopher Guthrie, et al.

v.                                                          Case Number: 4:24−cv−02585

VooDoo Energy Services, LLC, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/17/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   February 26, 2025

                                                                    Nathan Ochsner, Clerk