**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Christopher Guthrie, et al.

v.  Case Number: 4:24−cv−02585

VooDoo Energy Services, LLC, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 3/17/2025 at 02:00 PM before Judge Lee H Rosenthal, by video.

Date: March 5, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk