Case 4:24-cv-02585   Document 22   Filed on 10/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER GUTHRIE and SHANE NORTH, Each Individually and on Behalf of All Others Similarly Situated**     PLAINTIFFS

vs.     No. 4:24-cv-2585

**VOODOO ENERGY SERVICES, LLC; and KYLE GREEMON**     DEFENDANTS

## ORDER GRANTING THE JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants filed a Joint Motion for Approval of the Settlement and Stipulation of Dismissal with Prejudice. The court finds the motion is well taken and is granted.

The court approves the settlement, which disposes of all plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. This case is dismissed with prejudice, all claims of Plaintiffs are dismissed with prejudice, and each party will bear its own costs and attorneys' fees in conformance with the settlement and the Joint Motion and Stipulation of Dismissal with Prejudice.

SIGNED THIS 13% day of October, 2025.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE